UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DONTE CURTISS,

Defendant.

25 Cr. 518 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule:

- The next conference in this case is scheduled for **December 18, 2025** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  By December 17, 2025, defense counsel shall file a letter indicating whether the defense intends to make a suppression motion and, if so, on what grounds.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **December 18, 2025**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 13, 2025
      New York, New York