# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 16, 2025

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **United States v. Donte Curtiss**
       **25 Cr. 518 (PAE)**

Dear Judge Engelmayer:

The parties write jointly pursuant to the Court's oral order that before the status conference currently scheduled for December 18, the defense preview the motions it intends to file in the above-captioned matter.

The defense intends to file one Rule 12 motion to dismiss the indictment on Second Amendment grounds. The parties have conferred and respectfully propose the following motion schedule: defense motion due Monday, December 22, 2025; government response due Friday, January 9, 2026.

Given this, the parties respectfully request an adjournment of the December 18, 2025 status conference until January 2026, after the motion is fully briefed. Mr. Curtiss anticipates requesting a change of plea hearing after the Court has ruled on the motion. The parties are available for a January 2026 conference the following dates/times: January 15; January 20 after 10:00 a.m.; January 23 after 1:00 p.m.; January 27 after 2:00 p.m.; and January 29.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Donte Curtiss*

cc:    Joseph Rosenberg, Assistant U.S. Attorney

**GRANTED.** The Court adopts the parties' proposed briefing schedule, adjourns this week's conference, and schedules a next conference for **January 20, 2026, at 2:30 p.m.** in **Courtroom 1305.** The Court excludes time until that date, pursuant to 18 U.S.C. 3161(h)(7)(A), to enable the parties to brief the motion to dismiss and to discuss the terms of a potential resolution. The Clerk of Court is requested to terminate the motion at Dkt. No. 13.

12/17/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

2