UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DONTE CURTISS,

Defendant.

25 Cr. 518 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This order resolves a motion by defendant Donte Curtiss to dismiss the Indictment in this case, which was returned on November 5, 2025.  Dkt. 15.   It charges Curtiss in one count, with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  Dkts. 4–5.

On December 18, 2025, Curtiss moved to dismiss the Indictment.  Curtiss's motion contends that the Second Amendment bars prosecutions under § 922(g)(1) facially and as applied to persons whose underlying felony was non-violent.  *See* Dkt. 16 at 2 (citing *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022)).  Curtiss's motion acknowledges that his argument is "currently foreclosed by Second Circuit precedent," specifically, *Zherka v. Bondi*, 140 F.4th 68, 70 (2d Cir. 2025), such that the motion serves to preserve Curtiss's challenge for potential future appellate review.  *Id*. at 3.

On January 9, 2025, the Government opposed.  Dkt. 19.  Like Curtiss, the Government recognized that Curtiss's argument is foreclosed by *Zherka*, which held § 922(g)(1) facially constitutional and not subject to as-applied challenges on the ground that the defendant's underlying felony was non-violent.  *Id*. at 4.

1

Both sides thus agree that *Zherka* controls here and requires denial of the motion to dismiss. That is clearly correct. *See Zherka*, 140 F.4th at 93. Accordingly, the Court denies Curtiss's motion. For avoidance of doubt, Curtiss has preserved for appellate review his Second Amendment challenge to the extent he contends that *Zherka* was wrongly decided. Curtiss's challenge, however, did not advance Second Amendment claims outside the scope of *Zherka*, and therefore does not preserve any such claims for appellate review.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 12, 2026
      New York, New York

2